| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Global Premier Regency Palms Palmdale, LP

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-350-6491

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Main Street, Suite 315** <br> **Irvine, CA 92614** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** <br> **38722 Orchid View Place Palmdale, CA 93550** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Global Premier Regency Palms Palmdale, LP**_____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Global Premier Regency Palms Palmdale, LP**    Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Global Premier Regency Palms Oxnard, LP**    Relationship **Affiliate**

District **Northern District - Santa Barbara**    When **8/16/22**    Case number, if known **9:22-bk-10626-RC**

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Global Premier Regency Palms Palmdale, LP**                         Case number (*if known*)
    Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Global Premier Regency Palms Palmdale, LP**        Case number (*if known*)
    Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 2, 2023**
            MM / DD / YYYY

X  /s/ Channa                                    **Christine Hanna**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member of the General Partner**

**18. Signature of attorney**

X  **/s/ Garrick A. Hollander**                    Date  **June 2, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-720-4100**        Email address  **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Global Premier Regency Palms Palmdale, LP** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Antelope Valley Air Quality** Accounts Payable 43301 Division Street, ste 206 Lancaster, CA 93535 | | **Renewal Permit** | | | | $531.21 |
| **ARC Document Solutions, LLC** Aileen Wilson 345 Clinton Street Costa Mesa, CA 92626 | | **Trade** | | | | $669.87 |
| **Ecotech Office Solutions** Accounts Payable 7521 Coldwater Canyon Avenue North Hollywood, CA 91605 | | **Office Supplies** | | | | $622.68 |
| **Frame It** Accounts Payable 1420 North Daly Street Anaheim, CA 92806 | 714-771-6941 | **Trade-Sub-Contractor** | **Contingent** | | | $20,472.50 |
| **GCW Consulting, LLC** Gary White 4206 Great Plains Drive NE Salem, OR 97305 | | **Consulting Services** | | | | $15,000.00 |
| **High Desert Contractors, Inc** Dave Bradley P.O. Box 6890 Lancaster, CA 93539 | 661-810-0588 | **Offsite and Onsite Concrete** | **Contingent** | $252,615.42 | $0.00 | $252,615.42 |

| Debtor | **Global Premier Regency Palms Palmdale, LP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Isco Machinery**<br>**Accounts Payable**<br>**4796 West Sierra Hwy**<br>**Acton, CA 93510** | **661-269-1477** | **Equipment Rental** | **Contingent** | | | $84,966.99 |
| **JTC USA Holdings, Inc.**<br>**Accounts Payable**<br>**99 Almaden Boulevard, ste 875**<br>**San Jose, CA 95113** | | **EB5 Funds Administrator** | | | | $6,067.04 |
| **Legacy Global Private Security, Inc**<br>**Emile Younan**<br>**8520 Woodley Ave**<br>**North Hills, CA 91343** | **818-891-6949** | **Security** | **Contingent** | | | $54,481.34 |
| **OPC Services**<br>**Kelly Dewitt**<br>**5000 Airport Plaza Drive, ste 250**<br>**Long Beach, CA 90815** | | **Consulting Services** | | | | $105.00 |
| **Palmdale Recycled Water Authority**<br>**Accounts Payable**<br>**2029 E Avenue Q**<br>**Palmdale, CA 93550** | | **Utility** | | | | $971.89 |
| **Platinum Pro Portables, Inc**<br>**Accounts Payable**<br>**15559 Sierra Highway Unit 4**<br>**Santa Clarita  91390** | | **Trade-Sub-Contractor** | **Contingent** | | | $786.15 |
| **RCB Equities #7, LLC**<br>**Brian Dror**<br>**5862 W. 3rd Street**<br>**Los Angeles, CA 90036** | | **Mezzanine Loan** | | | | $2,866,237.00 |
| **Red Pen Procurement, LLC**<br>**Glen Parris**<br>**400 Glover Street SE**<br>**Marietta, GA 30060** | **470-744-0192** | **Interior Design** | **Contingent** | | | $90,825.55 |
| **Salem Engineering Group, Inc.**<br>**Sammy Salem**<br>**4729 W. Jacquelyn Avenue**<br>**Fresno, CA 93722** | | **Trade-Sub-Contractor** | **Contingent** | | | $6,205.66 |

Debtor **Global Premier Regency Palms Palmdale, LP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Smart Accounting and Tax**<br>**Awtar Burmy**<br>**38930 Blacow Road, Ste C**<br>**Fremont, CA 94536** | | **Tax Return** | | | | $800.00 |
| **Southern California Edison**<br>**Accounts Payable**<br>**P.O. Box 300**<br>**Rosemead, CA 91772** | 800-990-7788 | **Utilities** | | | | $79,915.41 |
| **The Gas Company**<br>**Accounts Payable**<br>**P.O. Box C**<br>**Monterey Park, CA 91756** | | **Utility** | | | | $254.69 |
| **Urban Community Builders, LLC**<br>**Maher Nawar**<br>**1900 Main Street, Suite 315**<br>**Irvine, CA 92614** | | **Note** | | | | $16,388.44 |
| **Urban Community Builders, LLC**<br>**Maher Nawar**<br>**1900 Main Street, Suite 315**<br>**Irvine, CA 92614** | | **General Contractor** | **Contingent** | | | $1,142,834.05 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                           Case No.

**Global Premier Regency Palms Palmdale, LP**

_____ Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __10__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June  2, 2023**

                                                           /s/ Garrick A. Hollander
                                                        Signature of Debtor's Attorney or Pro Per Debtor

Debtor    **Global Premier Regency Palms Palmdale, LP**              Case number (if known)
          Name

Acuna Drywall
Pablo Rodriguez
2710 E Norberry St
Lancaster, CA 93505


Alta Finish & Stair Inc.
Victor Martinez
12625 Frederick Street #15290
Moreno Valley, CA 92553


Andrew Hanna
1900 Main Street Suite 315
Irvine, CA 92614


Antelope Valley Air Quality
Accounts Payable
43301 Division Street, ste 206
Lancaster, CA 93535


ARC Document Solutions, LLC
Aileen Wilson
345 Clinton Street
Costa Mesa, CA 92626


Cal-State Site Services
John Micheals
4518 Industrial Street
Simi Valley, CA 93063


California Dept of Tax and Free Adm
PO Box 942879
Sacramento, CA 94279-0001

California Fencing, Inc
Jared Queen
41918 Firenze Street
Lancaster, CA 93536


Chris Colyer
30097 Alicante Drive
Homeland, CA 92548


Christianbelle Electric
David Placencia
11580 I Ave
Hesperia, CA 92345


Christine Hanna
Christine Hanna
1900 Main Street, ste 315
Irvine, CA 92614


Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614


Clear Vision Consultants, Inc
Magdy Hanna
8 Hilltop
Irvine, CA 92603


Cutting Edge Stainless Steel
8650 W Avenue D12
Antelope Acres, CA 93536

Ecotech Office Solutions
Accounts Payable
7521 Coldwater Canyon Avenue
North Hollywood, CA 91605


Elite Sheet Metal and Rain Gutter Compan
Vince Parillo
P.O. Box 635
Lake Hughes, CA 93532


Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Fidelity National Title Company
fbo IBorrow Reit, LP
Attn: Loan Dpt.
12100 Wilshire Blvd Suite 510
Los Angeles, CA 90025


Frame It
Accounts Payable
1420 North Daly Street
Anaheim, CA 92806


Franchise Tax Board Bankruptcy Sect
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board Chief Counsel
c/o General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720


Gall Brothers General Engineering
Wayne Gall
25 W Rolling Oaks Dr #202
Thousand Oaks, CA 91361

GCW Consulting, LLC
Gary White
4206 Great Plains Drive NE
Salem, OR 97305


Global Bancorp, Inc.
c/o Nina Hanna (Reg Agent)
1900 Main Street Suite 315
Irvine, CA 92614


Global Premier America
1900 Main Street Suite 315
Irvine, CA 92614


Global Premier America, LLC
c/o Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614


Heritage Window Coverings
Dean Butler
17902 Georgetown Lane
Hunington Beach, CA 92647


High Desert Contractors, Inc
Dave Bradley
P.O. Box 6890
Lancaster, CA 93539


IBorrow REIT, LP
Attn: Corporate Officer
12100 Wilshire Blvd Suite 510
Los Angeles, CA 90025


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

```
Isco Machinery
Accounts Payable
4796 West Sierra Hwy
Acton, CA 93510



J&S Construction Clean Up, Inc.
Carolina Alvarez
12881 Knott St. Suite 118
Garden Grove, CA 92841



JTC USA Holdings, Inc.
Accounts Payable
99 Almaden Boulevard, ste 875
San Jose, CA 95113



Kone, Inc
Jeffrey Blum
11165 Knott Ave. Suite B
Cypress, CA 90630



Lakeview Glass, LLC
4248 W. Industrial Loop Suite B
Coeur d' Alene, ID 83814



Law Office of James A. Flanagan
James A. Flanagan, Esq.
1950 Corporate Way
Anaheim, CA 92801




Legacy Global Private Security, Inc
Emile Younan
8520 Woodley Ave
North Hills, CA 91343
```

LM Brothers & Associates, Inc
Juan Loera
10231 E Avenue R
Litterock, CA 93543


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


M - United Plastering Inc.
Genoveva Ruiz
5541 1/2 Pedley Rd.
Riverside, CA 92509


Magdy Hanna
1900 Main Street Suite 315
Irvine, CA 92614


Milestone Retirement
Communities, LLC
Paul Dendy
12500 SE 2nd Circle, ste 205
Vancouver, WA 98684


Much Shelist, P.C.
Attn: Gelnn D. Taxman
191 North Wacker Drive Suite 1800
Chicago, IL 60606


Much Shelist, P.C.
Attn; Glenn D. Taxman
2 Park Plaza Suite 1075
Irvine, CA 92614

National Affordable
Communities, Inc
Attn: Christine Hanna
1900 Main Street Suite 315
Irvine, CA 92614



OPC Services
Kelly Dewitt
5000 Airport Plaza Drive, ste 250
Long Beach, CA 90815


OPSEC Specialized Protection, Inc
Accounts Payable
44262 N Division St #A
Lancaster, CA 93535


Pacific Western Millworks
Ryan Johnson
42332 1/2 10th St. West
Lancaster, CA 93534


Palmdale Recycled Water Authority
Accounts Payable
2029 E Avenue Q
Palmdale, CA 93550


Platinum Pro Portables, Inc
Accounts Payable
15559 Sierra Highway Unit 4
Santa Clarita 91390


Precision Fire Protection
Sandy Soto
PO Box 5494
Ventura, CA 93003

```
Quality Surveying Inc.
Summer Fisher
220 East Avenue K-4, Suite 2
Lancaster, CA 93535



RCB Equities #7, LLC
Brian Dror
5862 W. 3rd Street
Los Angeles, CA 90036



RCB Equities #7, LLC
5967 W 3rd St Suite 102
Los Angeles, CA 90036



Red Pen Procurement, LLC
Glen Parris
400 Glover Street SE
Marietta, GA 30060



RedRock Technologies, Inc
Marileina Calma
15215 Alton Pkwy Suite 200
Irvine, CA 92618



RentAFence.com
Accounts Payable
P. O. Box 1417
Hollister, CA 95024



Residential Design Services
Gina Kubo
4900 E. Hunter Avenue
Anaheim, CA 92807



Resource 4 Signs
Krystal DeBiasio
9132 Jordan Ave.
Chatsworth, CA 91311
```

Salem Engineering Group, Inc.
Sammy Salem
4729 W. Jacquelyn Avenue
Fresno, CA 93722


SC Design, Inc/ Pacific Western Millwork
Ryan Johnson
42332 1/2 10th Street West
Lancaster, CA 93534


Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591


Shaughnessy Capital, LLC
Bastian Rose
333 Mamaroneck Ave, #291
White Plains, NY 10605


Smart Accounting and Tax
Awtar Burmy
38930 Blacow Road, Ste C
Fremont, CA 94536


Southern California Edison
Accounts Payable
P.O. Box 300
Rosemead, CA 91772


Spectrum Business
Accounts Payable
PO BOX 60074
City of Industry, CA 91716


The Gas Company
Accounts Payable
P.O. Box C
Monterey Park, CA 91756

United States Trustee (LA)
915 Wilshire Blvd., #1850
Los Angeles, CA 90017


Urban Community Builders, LLC
Maher Nawar
1900 Main Street, Suite 315
Irvine, CA 92614


US Smoke & Fire
Theresa Lara
12310 Pinecrest Rd Suite 300
Reston, VA 20191


Value Painting, Inc.
Walfred Roca
2051 Royal Ave.
Simi Valley, CA 93065


Walker Windows
Tina Occhipinti
1210 N. Kraemer Blvd
Anaheim, CA 92806


Wenmar, Inc dba Resource 4 Signs
Angela Darling
9132 Jordan Ave
Chatsworth, CA 91311


Wolf Rifkin Shapiro Schulman Rabkin
Attn: Michael Wolf, Esq.
11400 West Olympic Blvd 9th Floor
Los Angeles, CA 90064-1582